UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LOUIS WHITE, JR.., <br> Plaintiff | CIVIL DOCKET NO. 1:19-CV-00498 |
| VERSUS | JUDGE DRELL |
| EDWARD GENE HARRINGTON, ET AL., <br> Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that White's Motion to Remand (ECF No. 36) is GRANTED.

IT IS ORDERED that White's Motion to Amend (ECF No. 36) is DENIED for lack of jurisdiction.

IT IS ORDERED that, in accordance with its terms and after further jurisdictional review, the Court's initial Jurisdictional Review Finding (ECF No. 9) is VACATED.

THUS, ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this _17th_ day of December 2020.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT